UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRIMITIVO CORIA-CEDENO,

                Petitioner,

    v.

A. NEIL CLARK,

                Respondent.

CASE NO.  C07-1274-RAJ-MJB

ORDER OF DISMISSAL

      The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Respondent's Motion to Dismiss, Dkt. #10, is GRANTED, and this action is DISMISSED with prejudice; and

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Benton.

      DATED this 12th day of February, 2008.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER
PAGE – 1